**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**THOMAS V. WASHINGTON,**                                                              **PLAINTIFF,**

**VS.**                                                   **CIVIL ACTION NO. 4:05CV184-P-B**

**AMERICAN HERITAGE LIFE**
**INSURANCE COMPANY, ET AL.,**                                    **DEFENDANTS.**

## ORDER

This matter comes before the court upon Defendant's Joint Motion to Transfer Venue [36-1]. Upon due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

The motion is well-taken and should be granted. Pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses and in the interest of justice, trial of this matter would be better set for the U.S. Courthouse in Aberdeen, Mississippi. Transfer of trial to Aberdeen is especially appropriate given that neither the plaintiff, who lives in Tupelo, nor the actions giving rise to the plaintiff's claims arose in the Greenville Division but rather in the Eastern Division.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Joint Motion to Transfer Venue [36-1] is **GRANTED**; thus,

(2) Trial of this matter is **CONTINUED** until 9:00 a.m. on Monday, September 17, 2007 at the United States Courthouse in Aberdeen, Mississippi.

**SO ORDERED** this the 25th day of May, A.D., 2006.

                                                                           /s/ W. Allen Pepper, Jr.
                                                                           W. ALLEN PEPPER, JR.
                                                                           UNITED STATES DISTRICT JUDGE