**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**THOMAS WASHINGTON,**                                                    **PLAINTIFF,**

**VS.**                                                     **CIVIL ACTION NO. 4:05CV184-P-B**

**AMERICAN HERITAGE LIFE
INSURANCE COMPANY and
EXAMINATION MANAGEMENT
SERVICES, INC., D/B/A INTERNATIONAL
CLAIMS SPECIALISTS A/K/A ICS
MERRILL,**                                                      **DEFENDANTS.**

## **PARTIAL FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant American Heritage Life Insurance Company's Motion for Summary Judgment [74] is **GRANTED**; therefore,

(2) All of the plaintiff's claims against American Heritage Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**; and

(3) The plaintiff's claims against Defendant Examination Management Services, Inc. d/b/a International Claims Specialists a/k/a ICS Merrill remain.

**SO ORDERED** this the 25th day of July, A.D., 2007.

                                                                            /s/ W. Allen Pepper, Jr.
                                                                            W. ALLEN PEPPER, JR.
                                                                            UNITED STATES DISTRICT JUDGE